LEIBLE, Respondent, *v.* FELLOWS, Appellant.

*(Supreme Court, General Term, Fifth Department. June 19, 1890.)*

No opinion. Judgment modified by adding to the amount of the advances made by Henry J. Ernst, and directed to be paid to Fellows, as receiver, before division of the fund in court, the amount of the interest on such advances respectively from the dates of their several payments, and by deducting one-third of such added amounts from the sum directed to be paid to each of the parties between whom the balance of the fund is divided; and so modified, affirmed, with costs of this appeal to the appellant, Fellows, as receiver, against the respondents Henry J. Ernst and Nelson O. Tiffany.

---

McGUIRE, Respondent, *v.* REED, Appellant.

*(Supreme Court, General Term, Fifth Department. June 19, 1890.)*

No opinion. Order appealed from affirmed, with $10 costs and disbursements. CORLETT, J., not sitting.

---

MORTON, Appellant, *v.* WOLFF, Respondent.

*(Supreme Court, General Term, Fifth Department. June 19, 1890.)*

No opinion. Order appealed from affirmed, with $10 costs and disbursements.

---

PEOPLE *ex rel.* KEYSTONE GAS CO., Respondent, *v.* MARTIN *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department. June 19, 1890.)*

No opinion. Judgment appealed from affirmed, in accordance with the former decision of this court in the same case.

---

RUSSELL, Appellant, *v.* RANDALL, Respondent.

*(Supreme Court, General Term, Fifth Department. June 19, 1890.)*

No opinion. Memorandum of decision amended so as to read as follows: Order appealed from reversed on a question of law, with $10 costs and disbursements, without prejudice to the defendant's renewal of the motion for a new trial on the ground of newly-discovered evidence on a case made and settled for that purpose. Order entered to be amended accordingly. See 9 N. Y. Supp. 327.

---

*In re* SOULE'S WILL.

*In re* ROOD.

*(Supreme Court, General Term, Fifth Department. June 19, 1890.)*

No opinion. Decree of the surrogate of Cayuga county affirmed, with costs of the respondent to be paid out of the estate. See 3 N. Y. Supp. 259.

---

THOMAS, Respondent, *v.* KRUEGER, Appellant.

*(Supreme Court, General Term, Fifth Department. June 19, 1890.)*

No opinion. Orders appealed from affirmed, with $10 costs and disbursements.